July 7, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

PINNACLE PREMIER PROPERTIES, INC. AND PINNACLE REALTY
ADVISORS, INC, Appellants

NO. 14-15-01037-CV                     V.

GHISLAIN BRETON, CATHERINE DENICOURT AND DAVID ANDREIS,
Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on September 9, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.